**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-7688**

─────────────

In Re: JIMMY MUHAMMED ALI,

                                        Petitioner.

─────────────

On Petition for Writ of Mandamus.  (CA-01-847-5)

─────────────

Submitted:  January 27, 2003          Decided:  March 10, 2003

─────────────

Before MICHAEL, KING, and GREGORY, Circuit Judges.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Jimmy Muhammed Ali, Petitioner Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

On November 4, 2002, Jimmy Muhammed Ali filed this petition for a writ of mandamus seeking an order directing the district court to act on his habeas corpus petition filed pursuant to 28 U.S.C. § 2241 (2000). The district court entered an order denying Ali's habeas petition on December 11, 2002.[*] Because the district court has disposed of Ali's petition and closed the case on its docket, Ali's mandamus petition is moot. Accordingly, although we grant Ali's motion to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*] In our initial consideration of Ali's petition, we issued an order on December 18, 2002, requesting a response to the petition. In response to this order, the district court forwarded a copy of the judgment entered on December 11, 2002, which complied with our order and rendered Ali's petition moot.